## Cover Letter – Rule 27 Petition & False Claims Act Disclosure

To Whom It May Concern,

Please find enclosed the following documents for filing with the United States District Court:

1. Verified Petition to Preserve Testimony and Compel Public Record Disclosures under Rule 27
2. Affidavit in Support of False Claims Act Disclosure
3. Supporting Exhibits (labeled Exhibits A through M)
4. Petition to Proceed In Forma Pauperis

The enclosed materials pertain to whistleblower activity and alleged misuse of federal funds in Watauga County, North Carolina. This filing seeks to preserve critical evidence, compel transparency from public officials, and formally notify the Court of ongoing retaliation against the Petitioner, Lisa Miller. The Rule 27 petition is not an active civil claim for damages, but a pre-action filing to preserve testimony and records relevant to an impending federal whistleblower case.

Petitioner is also submitting an affidavit under the False Claims Act as an original source, as well as requesting whistleblower protections and preemptive acknowledgment of her First Amendment rights.

Please accept and file the enclosed documents accordingly. Petitioner will appear in person, if required, to verify or sign any additional documentation.

Respectfully submitted,

Lisa Miller

105 Hidden Treasures rd

Moonshinenblues@gmail.com

828-963-3114

Dated: 04-07-2025

Lisa Miller _Lisa Miller_

Case 5:25-mc-00001-KDB-DCK    Document 1-1    Filed 04/07/25    Page 1 of 1